MARY LIROT *v.* MASHANTUCKET PEQUOT
GAMING ET AL.
(AC 20637)

Schaller, Mihalakos and Hennessy, Js.

Argued March 23—officially released April 17, 2001

Per Curiam. The decision of the workers' compensation review board is affirmed.

ROCCO J. TIROZZI, EXECUTOR (ESTATE OF
STEPHEN G. TIROZZI) *v.* COLONIAL PENN
INSURANCE COMPANY
(AC 20713)

Schaller, Mihalakos and O'Connell, Js.

Argued March 23—officially released April 17, 2001

Per Curiam. The judgment is affirmed.

NEW HAVEN PLAZA ASSOCIATES ET AL. *v.*
CITY OF NEW HAVEN ET AL.
(AC 20417)

Landau, Dranginis and Shea, Js.

·Argued March 26—officially released April 17, 2001

Per Curiam. The judgment is affirmed.